**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01028-CR

## ADOLPH JUNIOR MENJIVAR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1357185-U**

## ORDER

Appellant's Motion for Extension of Time to File Reply Brief is **GRANTED**.

Appellant's time to file a Reply Brief is extended to **August 20, 2015.**

        /s/     BILL WHITEHILL
                 JUSTICE